IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEWIS J. WHITE                                                                                       PETITIONER
ADC #129569

V.                                           5:10CV00357 DPM/JTR

RAY HOBBS, Director,                                                                          RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has determined that the record should be expanded to ensure full consideration of the claims raised in this 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus. *See* Rules 5(c) & 7, Rules Governing § 2254 Cases in United States District Courts.

IT IS THEREFORE ORDERED THAT, within thirty (30) days of entry of this Order, Respondent shall file the record and appellate briefs in Ark. Ct. App. No. CACR 03-1294.

DATED this 9th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE