IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEWIS J. WHITE
ADC #129569                                                                                                                       PLAINTIFF

v.                  Case No. 5:10-cv-357-DPM-JTR

RAY HOBBS, Director,
Arkansas Department of Correction                            DEFENDANT

ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Partial Disposition, *Document No. 18*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. White's motion for default judgment, *Document No. 13*, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 May 2011