# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LEWIS J. WHITE
ADC # 129569                                                                    PETITIONER

v.                          No. 5:10-cv-357-DPM-JTR

RAY HOBBS, Director, Arkansas
Department of Correction                                                        RESPONDENT

## ORDER

The Court has considered Magistrate Judge J. Thomas Ray's proposed findings and recommended disposition, *Document No. 26*, and White's objections and statement of necessity, *Document Nos. 28 & 29*. On *de novo* review, the Court adopts Judge Ray's proposal as its decision. FED. R. CIV. P. 72(b)(3). White's petition for writ of habeas corpus, *Document No. 2*, is denied and dismissed with prejudice. The Court also denies a certificate of appealability because White has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 June 2012