IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LEWIS J. WHITE**
**ADC # 129569**                                                                    **PETITIONER**

v.                              No. 5:10-cv-357-DPM

**RAY HOBBS, Director, Arkansas**
**Department of Correction**                                         **RESPONDENT**

## JUDGMENT

White's petition for writ of habeas corpus, *Document No. 2*, is dismissed with prejudice. The Court denies a certificate of appealability because White has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 June 2012